UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT ROBINSON,

    Plaintiff,

v.                                Case No:   2:15-cv-242-FtM-38DNF

DAVID KEITH OAKS, LISA SPADER
PORTER and SECTION 23,
PROPERTY OWNER'S
ASSOCIATION, INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed on May 1, 2015, recommending Plaintiff's Affidavit of Indigency (Doc. #2) be denied and this action be dismissed. Plaintiff filed an objection to the Report and Recommendation on May 12, 2015. (Doc. #14). This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file, the Court agrees with the Report and Recommendation full heartedly. That is, Plaintiff's Complaint is frivolous because objections to state court injunctions do not arise to a cause of action in federal court and Judge Porter is entitled to immunity. This is true despite Plaintiff's objection. As such, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. Report and Recommendation (Doc. #8) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Plaintiff's Affidavit of Indigency (Doc. #2) is **DENIED** and this action is **DISMISSED**.

3. The Clerk is directed to deny any pending motions as moot, enter judgment, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record